# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**HARRY HEIDELBERG**                                                                                                          **PLAINTIFF**

**v.**                            **Case No. 4:15-cv-00173 KGB**

**AMERICAN MUNICIPAL**
**SECURITIES, INC.**                                                                                                           **DEFENDANT**

## ORDER

Before the Court is a joint motion to dismiss (Dkt. No. 8).  The parties inform the Court that they have resolved this matter.  They request that this case be dismissed with prejudice and that each party bear his or its own attorneys' fees and costs.  The Court dismisses with prejudice this action and orders that each party bear his or its own attorneys' fees and costs.  It is removed from the trial calendar for the week of May 2, 2016.

So ordered this 1st day of February, 2016.

_____
Kristine G. Baker
United States District Judge